```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11974
    CHERIE MAHON
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3624

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 05/12/2008 and was not confirmed.

    The case was dismissed without confirmation 06/05/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID           PAID
---------------------------------------------------------------------------

PRO SE DEBTOR          DEBTOR ATTY           .00                         .00
TOM VAUGHN             TRUSTEE                                           .00
DEBTOR REFUND          REFUND                                            .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------       --------------
TOTALS                      .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```